**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **MEBLIN XIOMAR FIGUEROA** | ) | Civil Action No. 7:07cv00329 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | By: Norman K. Moon |
| | ) | United States District Judge |

In accordance with this court's memorandum opinion entered this day, it is **ORDERED** and **ADJUDGED** that Figueroa's motion (Docket No. 24) is **CONSTRUED** as a motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, and the Clerk is directed to **FILE** the motion as such; the § 2255 motion is **DISMISSED without prejudice** as successive; and the case is **STRICKEN** from the active docket.

Further, the court finds that Figueroa has not made the requisite showing of the substantial denial of a constitutional right as required by 28 U.S.C. § 2253(c) and, therefore, a certificate of appealability is **DENIED**.

**ENTER**: This 30th day of March, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE